## United States District Court
## For The District of Columbia

**FILED**
JAN 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

Debabrata Saha,

    Plaintiff,

v.

The George Washington University (SERVE : GWU President Steven Knapp ), Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, The (SAHA) Panel Chair Joan Schaffner, Stephen Joel Trachtenberg

    Defendants.

Case: 1:08-cv-00087
Assigned To : Lamberth, Royce C.
Assign. Date : 1/16/2008
Description: TRO/PI

---

**Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff**

The Plaintiff Debabrata Saha hereby moves that the court grants a Preliminary Injunction ordering GWU to reinstate Plaintiff's salary retroactively effective March 1st, 2007 and restrain from making any attempt to stop paying salary to the Plaintiff till a Court decision is reached.

The grounds for motion of Injunction and the rationales are enclosed herewith.

Respectfully submitted,

*Debabrata Saha*
Debabrata Saha
9409 Fairpine Lane
Great Falls, VA-22066
Ph : (703) 757-5418

January 16, 2008

3

# Arguments supporting the Injunction

## My Contractual Status with GWU

- I am a tenured member of GWU faculty since Fall 1993 (Plaintiff exhibit F : tenure notification).
- Tenured faculty member's appointment do not expire.
- As per Nov. 18, 2005 letter of Vice President Donald Lehman, I am on "Paid Suspension util further notice" (Plaintiff Exhibit J).

## GW's Retaliatory Actions

- In 1996 I blew whistle on Corrupt Academic Practices and Compromises in Integrity of Academic Processes. Since then GWU, among many modes of retaliations against me, suspended me four times and each time reinstated me without any apology. Lately in Fall 2005, VP Lehman and Dean Tong initiated a fraudulent process of revocation of my tenure and rigged the process from the beginning to arrange a flawed deliberation from a Faculty Senate Panel (which was later rubber stamped by Senate Dispute Resolution Committee) in favor of revoking my tenure.
- I appealed to GW President Trachtenberg complaining about fraud and rigging in the deliberation process and VP Lehman recused himself after the appeal. President Trachtenberg communicated this to me in December 2006 and no legitimate university official, following the guidelines of Faculty code, acted on the recommendation of the Senate Dispute Resolution Committee. **Tenure revocation attempt fell short of completion and no letter of termination delivered. Therefore, letter of Appointment and Tenure Notification continue to hold.**
- Defendants failed to produce any evidence WHATSOEVER to establish that Plaintiff's tenure had been revoked. Faculty status and teaching assignment during Fall, 2007 and Spring 2008 (Plaintif Exhibit H ) is a reiteration of the fact that tenure was not revoked.
- But GWU stopped my pay cheque effective March 1st, 2007 without any prior communication.
- **Conclusion :** *GWU has been failing its contractual agreement with the Plaintiff since March 1st, 2007 when it stopped Plaintiff's pay cheque.*

# Rationales for Preliminary Injunction

- This is my only job and I haven't been paid since March 1st, 2007.

- Since 1996 Whistle Blowing, over last eleven years, GWU caused enormous financial harm against me through FOUR suspensions and denying any raise in salary. My salary in 2007 remained the same as I had in the beginning of 1996, except for a difference of few hundred dollar. I received a **77%** increase in salary in **first nine years** of employment (1986-1995) before Whistle Blowing, while received an increase of only **0.59%** in following **eleven** years (1996-2007) after whistle blowing. With no pay cheque since March 1st, 2007 my financial situation has reached a break point and **I will be harmed irreparably if my salary is not reinstated immediately.**

- I made reasonable effort with the current administration in getting my salary reinstated. Plaintiff Exhibit I is my letter to new GWU President Steven Knapp. I haven't received any answer from President Knapp.

- In Court I have a reasonable likelihood in prevailing on merits. Based on merit of the case, amongst oppositions from GWU administration, Faculty Senate, on January 3, 2008, instituted a Formal Grievance Procedure against The George Washington University and its Executive Vice President Donald Lehman. The completion of Grievance Proceedings may take months or even year.

- The court should make an additional note that after eleven years of financial and professional retaliation (since Whistle Blowing), if GWU is allowed to continue its wrong in withholding Plaintiff's legitimate pay cheques, *GWU would be helped in a substantial way in completing its strategy of financial strangulation of the plaintiff, and justice will not prevail.*

- Irreparable Harm will come before any possible permanent resolution that may be reached through trial and court procedure.

- Therefore, Plaintiff's motion that the court grants a Preliminary Injunction in ordering GWU to reinstate salary retroactively effective March 1st, 2007, and in restraining GWU from refusing to pay the Plaintiff his salary till a Court decision is reached is reasonable and justified.



**THE GEORGE WASHINGTON UNIVERSITY**

Washington, D.C. 20052 / *Vice President for Academic Affairs*

**Plaintiff Exhibit A**
1 page

June 11, 1986

Mr. Debabrata Saha
1629 Cram Circle, Apt. 4
Ann Arbor, Michigan  48105

Dear Mr. Saha:

It is a pleasure to approve the recommendation of the Department of Electrical Engineering and Computer Science and the Dean of the School of Engineering and Applied Science that you be offered an appointment to the faculty of the George Washington University as Assistant Professor of Engineering and Applied Science with a salary of $42,000 for the academic year 1986-87. This is a non-tenure-accruing appointment, for the first year of a contractual period of two years, and is contingent upon your maintaining the appropriate visa status throughout the appointment period.

It is understood that your rank and salary are contingent upon your completing all requirements for the doctorate by September 1, 1986.

The Department of Electrical Engineering and Computer Science and the Dean of the School of Engineering and Applied Science have recommended you for a tenure-accruing position. Should you obtain permanent resident status during this period, your appointment will be converted to tenure-accruing and a tenure decision date established.

Copies of the Faculty Code and the Faculty Handbook are enclosed. These two documents are included as statements of the condition of employment to which you agree by signing and returning to us the enclosed copy of this letter.

Sincerely yours,

Roderick S. French
Vice President for Academic Affairs

08 0087

Enclosures:
  Faculty Code
  Faculty Handbook
  Faculty Organization Plan

**FILED**
JAN 1 ? 2???
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**The George Washington University**
WASHINGTON DC

Plaintiff Exhibit F
1 page

VICE PRESIDENT FOR ACADEMIC AFFAIRS

May 22, 1992

Dr. Debabrata Saha
2947 Waterford Court
Vienna, VA 22180

Dear Dr. Saha:

I am pleased to inform you that at its meeting on May 21 the Board of Trustees approved the recommendation of the Department of Electrical Engineering and Computer Science that you be awarded the status of continuous tenure effective with your 1993-94 appointment.

Sincerely,

Roderick S. French
Vice President for Academic Affairs

c: Acting Dean Gilmore

2121 EYE STREET, N.W. • WASHINGTON, D.C. 20052 • (202) 994-6510

**THE GEORGE WASHINGTON UNIVERSITY**
WASHINGTON DC

**Plaintiff Exhibit J**
1 page

EXECUTIVE VICE PRESIDENT FOR ACADEMIC AFFAIRS

November 18, 2005

Professor Debabrata Saha
9409 Fair Pine Lane
Great Falls, VA 22066

Dear Professor Saha:

Professor Korman informed me of your November 10, 2005 inquiry regarding your teaching status for the Spring 2006 semester. As I stated in my letter to you dated 29 August, as modified by my letter dated 3 October, you are on paid suspension until further notice.

If you have any questions, please feel free to call me.

Sincerely,

Donald R. Lehman

cc:   Professor Korman