# United States District Court
# For The District of Columbia

----------------------------------------------------

**Debabrata Saha,**

      **Plaintiff,**

**v.**

                                                         **Civil Action No. 1:08-cv-00087-RCL**

**The George Washington University,
Mona E. Zaghloul, Wasyl Wasylkiwskyj,
Edward Della Torre, Joan Schaffner, and
Stephen Joel Trachtenberg**

      **Defendants.**

----------------------------------------------------

**Motion for Preliminary Injunction :** The Plaintiff Debabrata Saha hereby moves that the court **urgently** considers the original motion of January 16, 2008 and **immediately** grants a Preliminary Injunction ordering GWU to reinstate Plaintiff's salary retroactively effective March 1st, 2007.

Any delay in the Injunction will bring **irreparable harm to the plaintiff.** The Plaintiff has reasonable likelihood in prevailing on merits. Based on merit of the case, amongst oppositions from GWU administration, GWU Faculty Senate, on January 3, 2008, instituted a Formal Grievance Procedure (the scope of which is limited) against The George Washington University. Detailed reasoning and rationales in support of the Injunction are already enclosed with the original motion.

Respectfully submitted,

*Debabrata Saha*

Debabrata Saha
9409 Fairpine Lane
Great Falls, VA-22066
Ph : (703) 757-5418

January 24, 2008

**RECEIVED**

JAN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For The District of Columbia

-------------------------------------------------------

**Debabrata Saha,**

      **Plaintiff,**

**v.**

                                          **Civil Action No. 1:08-cv-00087-RCL**

**The George Washington University,
Mona E. Zaghloul, Wasyl Wasylkiwskyj,
Edward Della Torre, Joan Schaffner, and
Stephen Joel Trachtenberg**

      **Defendants.**

-------------------------------------------------------

## ORDER

Upon consideration of Plaintiff's January 16, 2008 filing of the Complaint and the motion of January 24, 2008, it is hereby

**ORDERED** that GWU immediately reinstate Plaintiff's salary retroactively effective March 1st, 2007; it is further

**ORDERED** that GWU restrain from making any attempt to stop paying salary to the Plaintiff till a Court decision is reached.

**SO ORDERED**

_____

Judge Royce C. Lamberth
United States District Judge
_____, 2008