# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Professor Debabrata Saha** | Attorney: |
| Plaintiff | Professor Debabrata Saha |
| vs. | 9409 Fairpine Ln. |
| | Great Falls, VA. 22066 |
| **The George Washington University, et al** | |
| Defendant | |

**Case Number:** 1:08-cv-00087 - RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **The George Washington University at 2121 Eye St. NW, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:20 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** to Richard Weitzher as Associate General Counsel & Authorized Agent of **The George Washington University**.

**Description of Person Accepting Service:**
Sex: Male   Age: 57   Height: 5'9   Weight: 165   Skin Color: white   Hair Color: Gray, Bald on Top   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

District of Columbia: SS
Subscribed and Sworn to before me,
this _1st_ day of _February_, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007195

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

Case Number: 1:08-cv-00087 – RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Stephen Joel Trachtenberg, Individual Capacity at The George Washington University 805 21st St. NW Suite 600, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:30 PM**, I did the following:

**Individually** Served **Stephen Joel Trachtenberg** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 65   Height: Sitting   Weight: 185   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007204

District of Columbia: SS
Subscribed and Sworn to before me,
this 1st day of FEBRUARY, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

**RECEIVED**
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| | |
|---|---|
| **United States District Court** | **District Of Columbia** |

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

Case Number: 1:08-cv-00087 – RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Stephen Joel Trachtenberg, Official Capacity at The George Washington University 805 21st St. NW Suite 600, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:30 PM**, I did the following:

**Individually** Served **Stephen Joel Trachtenberg** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 65   Height: Sitting   Weight: 185   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007203

District of Columbia: SS
Subscribed and Sworn to before me,
this _1st_ day of _FEBRUARY_, 2008

_____
Michael Molash, Notary Public, D.C.
Commission expires July 14, 2012

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Professor Debabrata Saha** | Attorney: |
| Plaintiff | Professor Debabrata Saha<br>9409 Fairpine Ln. |
| vs. | Great Falls, VA. 22066 |
| **The George Washington University, et al** | |
| Defendant | |

Case Number: 1:08-cv-00087 — RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Wasyl Wasylkiwskyj, Individual Capacity at Dept. of Electrical and Computer Engineering, The George Washington University 801 22nd St. NW, Phillips Hall 615, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:55 PM**, I did the following:

**Individually** Served **Wasyl Wasylkiwskyj** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 70   Height: Sitting   Weight: 160   Skin Color: white   Hair Color: White   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007198

District of Columbia: SS
Subscribed, and Sworn to before me,
this ___1st___ day of ___JANUARY___, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

United States District Court                District Of Columbia

**Professor Debabrata Saha**                Attorney:

    Plaintiff                       Professor Debabrata Saha
                                            9409 Fairpine Ln.
vs.                                         Great Falls, VA. 22066

**The George Washington University, et al**

    Defendant

Case Number: 1:08-cv-00087 — RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Wasyl Wasylkiwskyj, Official Capacity at Dept. of Electrical and Computer Engineering, The George Washington University 801 22nd St. NW, Phillips Hall 615, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:55 PM**, I did the following:

**Individually** Served **Wasyl Wasylkiwskyj** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 70   Height: Sitting   Weight: 160   Skin Color: white   Hair Color: White   Glasses:

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

District of Columbia: SS
Subscribed and Sworn to before me,
this 1st day of FEBRUARY, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007194

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.