# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Professor Debabrata Saha** | Attorney: |
| Plaintiff | Professor Debabrata Saha |
| vs. | 9409 Fairpine Ln. |
| | Great Falls, VA. 22066 |
| **The George Washington University, et al** | |
| Defendant | |

Case Number: 1:08-cv-00087 — RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Mona E. Zaghloul, Individual Capacity at 7121 Arrowood Rd., Bethesda, MD. 20817**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 11:45 AM**, I did the following:

**Individually** Served **Mona E. Zaghloul** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Female   Age: 62   Height: 5'6"   Weight: 170   Skin Color: white   Hair Color: brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007196

District of Columbia: SS
Subscribed and Sworn to before me,
this 4th day of FEBRUARY, 2008

Michael Molash, Notary Public, D.C.
Commission expires July 14, 2012

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Professor Debabrata Saha** | Attorney: |
| Plaintiff | Professor Debabrata Saha |
| vs. | 9409 Fairpine Ln. |
|  | Great Falls, VA. 22066 |
| **The George Washington University, et al** | |
| Defendant | |

**Case Number:** 1:08-cv-00087 – RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Mona E. Zaghloul, Official Capacity at 7121 Arrowood Rd., Bethesda, MD. 20817**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 11:45 AM**, I did the following:

**Individually** Served **Mona E. Zaghloul** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Female   Age: 62   Height: 5'6"   Weight: 170   Skin Color: white   Hair Color: brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007197

District of Columbia: SS
Subscribed and Sworn to before me,
this 4th day of FEBRUARY, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

**Case Number:** 1:08-cv-00087 — RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Edward Della Torre, Individual Capacity at 9603 Alta Vista Terrace, Bethesda, MD. 20814**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 11:30 AM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Sonjia Della Torre, Co-Tenant & Wife** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 65   Height: 5'4   Weight: 145   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

District of Columbia: SS
Subscribed and Sworn to before me,
this ___ day of FEBRUARY, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007200

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| | |
|---|---|
| **United States District Court** | **District Of Columbia** |

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

**Case Number:** 1:08-cv-00087 – RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Edward Della Torre, Official Capacity at 9603 Alta Vista Terrace, Bethesda, MD. 20814**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 11:30 AM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Sonjia Della Torre, Co-Tenant & Wife** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 65   Height: 5'4   Weight: 145   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007199

District of Columbia: SS
Subscribed and Sworn to before me,
this 4th day of FEBRUARY, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Professor Debabrata Saha** | Attorney: |
| Plaintiff | Professor Debabrata Saha |
| vs. | 9409 Fairpine Ln. |
| | Great Falls, VA. 22066 |
| **The George Washington University, et al** | |
| Defendant | |

**Case Number:** 1:08-cv-00087 — RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Joan Schaffner, Individual Capacity at 2801 Tennyson St., NW, Washington, DC. 20015**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 8:35 PM**, I did the following:

**Individually** Served **Joan Schaffner** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Female   Age: 55   Height: 5'4   Weight: 125   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007202

District of Columbia: SS
Subscribed and Sworn to before me,
this ___ day of FEBRUARY, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

Case Number: 1:08-cv-00087 — RCL

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Joan Schaffner, Official Capacity at 2801 Tennyson St., NW, Washington, DC. 20015**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 8:35 PM**, I did the following:

**Individually** Served **Joan Schaffner** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** at the above address.

**Description of Person Accepting Service:**
Sex: Female   Age: 55   Height: 5'4   Weight: 125   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007201

District of Columbia: SS
Subscribed and Sworn to before me, this ___ day of FEBRUARY, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

RECEIVED
FEB - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.