UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - -

DEBABRATA SAHA,
    PLAINTIFF                    C A NO. 1:08-CV-00087-RCL

V.

THE GEORGE WASHINGTON UNIVERSITY,
MONA E. ZAGHLOUL, NASYL WASYLKIWSKYJ,
EDWARD DELLA TORRE, JOAN SCHAFFNER,
AND STEPHEN JOEL TRACHTENBERG

- - - - - - - - - - - - -

AMENDED AFFIDAVITS OF PROCESS SERVER

Plaintiff, Debabrata Saha, hereby submits Eleven Affidavits of Process Servers for the eleven summons issued for six defendants. Affidavits submitted earlier were incomplete and did not include any statement regarding the Motion for Preliminary Injunction. This enclosed set of new affidavits are complete with all relevant information.

Respectfully submitted,

**RECEIVED**

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

Debabrata Saha
DEBABRATA SAHA
9409 FAIRPINE LANE
GREAT FALLS, VA-22066
PH: 703-757-5418
Feb. 12, 2008

# AFFIDAVIT OF PROCESS SERVER

## United States District Court                    District Of Columbia

**Professor Debabrata Saha**                    Attorney:

    Plaintiff                                    Professor Debabrata Saha
                               9409 Fairpine Ln.
vs.                                              Great Falls, VA. 22066

**The George Washington University, et al**

    Defendant

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **The George Washington University at 2121 Eye St. NW, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:20 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008 to Richard Weitzher** as **Associate General Counsel & Authorized Agent** of **The George Washington University**.

**Description of Person Accepting Service:**
Sex: Male   Age: 57   Height: 5'9   Weight: 165   Skin Color: white   Hair Color: Gray, Bald on Top   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200
Internal Job ID: 0000007195

**RECEIVED**

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

District of Columbia: SS
Subscribed and Sworn to before me,
this *12* day of *FEBRUARY, 2008*

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court          District Of Columbia

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Mona E. Zaghloul, Individual Capacity at 7121 Arrowood Rd., Bethesda, MD. 20817**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 11:45 AM**, I did the following:

**Individually** Served **Mona E. Zaghloul** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the above address.

**Description of Person Accepting Service:**
Sex: Female   Age: 62   Height: 5'6"   Weight: 170   Skin Color: white   Hair Color: brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

**(202) 398-4200**

District of Columbia: SS
Subscribed and Sworn to before me,

this _12th_ day of _FEBRUARY, 2008_

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

RECEIVED

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| | |
|---|---|
| **United States District Court** | **District Of Columbia** |

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Mona E. Zaghloul, Official Capacity at 7121 Arrowood Rd., Bethesda, MD. 20817**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 11:45 AM,** I did the following:

**Individually** Served **Mona E. Zaghloul** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the above address.

**Description of Person Accepting Service:**
Sex: Female   Age: 62   Height: 5'6"   Weight: 170   Skin Color: white   Hair Color: brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**B. Tony Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000007197

**RECEIVED**

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

District of Columbia: SS
Subscribed and Sworn to before me,

this 12th day of FEBRUARY, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court                    District Of Columbia

**Professor Debabrata Saha**                   Attorney:

    Plaintiff                          Professor Debabrata Saha
                                   9409 Fairpine Ln.
vs.                                Great Falls, VA. 22066

**The George Washington University, et al**

    Defendant

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Wasyl Wasylkiwskyj, Individual Capacity at Dept. of Electrical and Computer Engineering, The George Washington University 801 22nd St. NW, Phillips Hall 615, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:55 PM**, I did the following:

**Individually** Served **Wasyl Wasylkiwskyj** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 70   Height: Sitting   Weight: 160   Skin Color: white   Hair Color: White   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200
**RECEIVED**
Internal Job ID: 0000007198

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Court

District of Columbia: SS
Subscribed and Sworn to before me,
this _12th_ day of _FEBRUARY_, _2008_

_____

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

### United States District Court

### District Of Columbia

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Wasyl Wasylkiwskyj, Official Capacity at Dept. of Electrical and Computer Engineering, The George Washington University 801 22nd St. NW, Phillips Hall 615, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:55 PM**, I did the following:

**Individually** Served **Wasyl Wasylkiwskyj** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the above address.

**Description of Person Accepting Service:**
Sex: Male  Age: 70  Height: Sitting  Weight: 160  Skin Color: white  Hair Color: White  Glasses:

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_B. Tony Snesko_
**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200
Internal ID #

**RECEIVED**

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

District of Columbia: SS
Subscribed and Sworn to before me,

this _12_ day of _FEBRUARY_ , _2008_

_Michael Molash_
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

### United States District Court

### District Of Columbia

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Edward Della Torre, Individual Capacity at 9603 Alta Vista Terrace, Bethesda, MD. 20814**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 11:30 AM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Sonjia Della Torre, Co-Tenant & Wife** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 65  Height: 5'4  Weight: 145  Skin Color: white  Hair Color: Gray  Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_signature_
**B. Tony Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID.

District of Columbia: SS
Subscribed and Sworn to before me,

this _12_ day of _FEBRUARY_, _2008_

_signature_
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

**RECEIVED**

**FEB 1 2 2008**

**Clerk, U.S. District and Bankruptcy Courts**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Edward Della Torre, Official Capacity at 9603 Alta Vista Terrace, Bethesda, MD. 20814**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 11:30 AM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Sonjia Della Torre, Co-Tenant & Wife** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 65   Height: 5'4   Weight: 145   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

**RECEIVED**

Internal Job ID: 0000007199

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

District of Columbia: SS
Subscribed and Sworn to before me,
this 12th day of FEBRUARY 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

Professor Debabrata Saha

    Plaintiff

vs.

The George Washington University, et al

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

Case Number: 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Joan Schaffner, Individual Capacity at 2801 Tennyson St., NW, Washington, DC. 20015**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 8:35 PM,** I did the following:

**Individually** Served **Joan Schaffner** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the above address.

**Description of Person Accepting Service:**
Sex: Female   Age: 55   Height: 5'4   Weight: 125   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200
**RECEIVED**
Internal Job ID: 0000007202

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

District of Columbia: SS
Subscribed and Sworn to before me,

this _12th_ day of _FEBRUARY_, _2008_

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Joan Schaffner, Official Capacity at 2801 Tennyson St., NW, Washington, DC. 20015**

I, B. Tony Snesko, swear and affirm that on **February 02nd, 2008 at 8:35 PM**, I did the following:

**Individually** Served **Joan Schaffner** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the above address.

**Description of Person Accepting Service:**
Sex: Female   Age: 55   Height: 5'4   Weight: 125   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

**RECEIVED**

(202) 398-XXXX

Internal Job ID: PSP0072020C3

**Clerk, U.S. District and**
**Bankruptcy Courts**

District of Columbia: SS
**Subscribed and Sworn to before me,**

this _12th_ day of _FEBRUARY_, _2008_

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court                    District Of Columbia

**Professor Debabrata Saha**                    Attorney:

    Plaintiff                                   Professor Debabrata Saha
                                                9409 Fairpine Ln.
vs.                                             Great Falls, VA. 22066

**The George Washington University, et al**

    Defendant

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Stephen Joel Trachtenberg, Individual Capacity at The George Washington University 805 21st St. NW Suite 600, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:30 PM**, I did the following:

**Individually** Served **Stephen Joel Trachtenberg** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 65   Height: Sitting   Weight: 185   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

**(202) 398-4200**

Internal Job ID: 0000000000

District of Columbia: SS
Subscribed and Sworn to before me,

this _12th_ day of _FEBRUARY_, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

**RECEIVED**

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

### United States District Court

### District Of Columbia

**Professor Debabrata Saha**

    Plaintiff

vs.

**The George Washington University, et al**

    Defendant

Attorney:

Professor Debabrata Saha
9409 Fairpine Ln.
Great Falls, VA. 22066

**Case Number:** 1:08-cv-00087

Legal documents received by Same Day Process Service on January 31st, 2008 at 2:00 PM to be served upon **Stephen Joel Trachtenberg, Official Capacity at The George Washington University 805 21st St. NW Suite 600, Washington, DC. 20052**

I, B. Tony Snesko, swear and affirm that on **January 31st, 2008 at 4:30 PM,** I did the following:

**Individually** Served **Stephen Joel Trachtenberg** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits; Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff dated January 16, 2008** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 65   Height: Sitting   Weight: 185   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200
Internal Job ID: 0000007203

District of Columbia: SS
Subscribed and Sworn to before me,

this _12th_ day of _FEBRUARY, 2008_

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

RECEIVED

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.