# United States District Court
# For The District of Columbia

---

Debabrata Saha,

    Plaintiff,

v.

The George Washington University,
Mona E. Zaghloul, Wasyl Wasylkiwskyj,
Edward Della Torre, Joan Schaffner, and
Stephen Joel Trachtenberg

    Defendants.

Civil Action No. 1:08-cv-00087-RCL

---

**Motion for Preliminary Injunction** : The Plaintiff Debabrata Saha hereby moves that the court **urgently** considers the original motion of January 16, 2008 and **immediately** grants a Preliminary Injunction ordering GWU to reinstate Plaintiff's salary retroactively effective March 1st, 2007.

Any delay in the Injunction will bring **irreparable harm to the plaintiff.** The Plaintiff has reasonable likelihood in prevailing on merits. Based on merit of the case, amongst oppositions from GWU administration, GWU Faculty Senate, on January 3, 2008, instituted a Formal Grievance Procedure (the scope of which is limited) against The George Washington University. Detailed reasoning and rationales in support of the Injunction are already enclosed with the original motion.

Respectfully submitted,

*Debabrata Saha*

Debabrata Saha
9409 Fairpine Lane
Great Falls, VA-22066
Ph : (703) 757-5418

January 24, 2008

**RECEIVED**
FEB 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

v.

**The George Washington University,
Mona E. Zaghloul, Wasyl Wasylkiwskyj,
Edward Della Torre, Joan Schaffner, and
Stephen Joel Trachtenberg**

    **Defendants.**

Civil Action No. 1:08-cv-00087-RCL

---

## Certificate of Service

I hereby certify that a copy of the Motion for Preliminary Injunction, dated Jan. 24, 2008 was sent to each of the six Defendants to their respective address as mentioned in the attached sheet by first class mail.

Sincerely,

*Debabrata Saha*
Debabrata Saha
February 16, 2008

The George Washington University
Attn : GWU President Steven Knapp
2121 Eye Street, N.W., Washington, D.C. 20052


Mona E. Zaghloul
Dept. of Electrical and Computer Engineering
The George Washington University
801 22nd Street, N.W., Phillips Hall 620,
Washington, D.C. 20052


Wasyl Wasylkiwskyj
Dept. of Electrical and Computer Engineering
The George Washington University
801 22nd Street, N.W., Phillips Hall 615,
Washington, D.C. 20052


Edward Della Torre
Dept. of Electrical and Computer Engineering
The George Washington University
801 22nd Street, N.W., Phillips Hall 621,
Washington, D.C. 20052


Joan Schaffner
GWU Law School
2000 H. Street, N.W., Washington, D.C. 20052


Stephen Joel Trachtenberg
The George Washington University
805 21st Street, N.W., Suite 600
Washington, D.C. 20052

# United States District Court
# For The District of Columbia

Debabrata Saha,

    Plaintiff,

v.

The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner, and Stephen Joel Trachtenberg

    Defendants.

Civil Action No. 1:08-cv-00087-RCL

## ORDER

Upon consideration of Plaintiff's January 16, 2008 filing of the Complaint and the motion of January 24, 2008, it is hereby

**ORDERED** that GWU immediately reinstate Plaintiff's salary retroactively effective March 1st, 2007; it is further

**ORDERED** that GWU restrain from making any attempt to stop paying salary to the Plaintiff till a Court decision is reached.

**SO ORDERED**

_____

Judge Royce C. Lamberth
United States District Judge
_____, 2008