UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBABRATA SAHA, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE WASHINGTON UNIVERSITY, et al. )<br>)<br>Defendants. )<br>) | C.A. NO. 1:08-00087 RCL |

## LINE

Counsel for Defendants learned yesterday that on January 16, 2008 Plaintiff Debabrata Saha filed a "Motion for Preliminary Injunction restraining The George Washington University from refusing to pay salary to the Plaintiff." Defendants have never been served with that motion. After learning of the existence of the motion, counsel for Defendants obtained a copy from the court's docket. By this line, counsel for Defendants advises the Court that although Defendants have not been served with the motion, Defendants intend to file an opposition to it on or before February 27, 2008.

_____
Douglas B. Mishkin, DC Bar # 338590
Pamela S. Richardson, DC Bar # 500564
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Counsel for Defendants

Dated: February 21, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21th day of February, 2008 a true and correct copy of the foregoing Defendants' Line was sent by regular mail, postage prepaid to the following:

>Debabrata Saha
>9409 Fairpine Lane
>Great Falls, VA  22066
>
>Plaintiff appearing *pro se*

_____
Douglas B. Mishkin