**United States District Court**
**For The District of Columbia**

-------------------------------------------------

**Debabrata Saha,**

    **Plaintiff,**

v.

**The George Washington University,**
**Mona E. Zaghloul, Wasyl Wasylkiwskyj,**
**Edward Della Torre, Joan Schaffner, and**
**Stephen Joel Trachtenberg**

    **Defendants.**

**Civil Action No. 1:08-cv-00087-RCL**

-------------------------------------------------

## Motion for entering Judgment in favor of Plaintiff:

Defendants **The George Washington University, Wasyl Wasylkiwskyj, and Stephen Joel Trachtenberg** were served summons on January 31st, 2008. The George Washington University was served one, while each of Wasyl Wasylkiwskyj and Stephen Joel Trachtenberg was served two summons, one for official capacity and one for individual capacity. Each of these three defendants failed to serve on the Plaintiff Debabrata Saha within **TWENTY** days that was instructed in the summons. The Plaintiff, therefore, moves that **the court enters judgment on the complaint against these three defendants and in favor of the Plaintiff on all counts and grant relief as demanded in the complaint.**

Respectfully submitted,

*Debabrata Saha*

Debabrata Saha
9409 Fairpine Lane
Great Falls, VA-22066
Ph : (703) 757-5418

February 21, 2008



# United States District Court
# For The District of Columbia

-------------------------------------------------

**Debabrata Saha,**

    **Plaintiff,**

**v.**

**The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner, and Stephen Joel Trachtenberg**

    **Defendants.**

**Civil Action No. 1:08-cv-00087-RCL**

-------------------------------------------------

## Certificate of Service

I hereby certify that a copy of the Motion, dated February 21, 2008 was sent to each of the six Defendants to their respective address as mentioned in the attached sheet by first class mail.

Sincerely,

*Debabrata Saha*

Debabrata Saha
February 21, 2008

The George Washington University
Attn : GWU President Steven Knapp
2121 Eye Street, N.W., Washington, D.C. 20052


Mona E. Zaghloul
Dept. of Electrical and Computer Engineering
The George Washington University
801 22nd Street, N.W., Phillips Hall 620,
Washington, D.C. 20052


Wasyl Wasylkiwskyj
Dept. of Electrical and Computer Engineering
The George Washington University
801 22nd Street, N.W., Phillips Hall 615,
Washington, D.C. 20052


Edward Della Torre
Dept. of Electrical and Computer Engineering
The George Washington University
801 22nd Street, N.W., Phillips Hall 621,
Washington, D.C. 20052


Joan Schaffner
GWU Law School
2000 H. Street, N.W., Washington, D.C. 20052


Stephen Joel Trachtenberg
The George Washington University
805 21st Street, N.W., Suite 600
Washington, D.C. 20052

# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

v.

**The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner, and Stephen Joel Trachtenberg**

    **Defendants**.

**Civil Action No. 1:08-cv-00087-RCL**

---

## ORDER

Upon consideration of Plaintiff's January 16, 2008 Complaint and Plaintiff's motion of February 21, 2008, it is hereby

**ORDERED** that judgment by default be issued against the Defendants **The George Washington University, Wasyl Wasylkiwskyj, and Stephen Joel Trachtenberg**. It is further

**ORDERED** that Defendant **The George Washington University** immediately reinstate Plaintiff's salary retroactively effective March 1st, 2007 and restrain from making any attempt to stop paying salary to the Plaintiff.

**SO ORDERED**

_____

Judge Royce C. Lamberth
United States District Judge
_____, 2008