United States District Court
For The District of Columbia

---

Debabrata Saha,

    Plaintiff,

v.

The George Washington University,
Mona E. Zaghloul, Wasyl Wasylkiwskyj,
Edward Della Torre, Joan Schaffner, and
Stephen Joel Trachtenberg

    Defendants.

Civil Action No. 1:08-cv-00087-RCL

---

## Motion for Extension of time to reply opposing Defendants' February 20, 2008 "motion to dismiss"

Plaintiff resolutely opposes Defendants' Feb. 20, 2008 "motion to dismiss" on multiple grounds including the following :

(1) **Recent revelation** of extreme irregularities on the part of GWU (Re. Docket 9) violating faculty code which is a binding contract of employment of the Plaintiff with GWU.

(2) GWU's failure in its Feb. 20 response to address its **fraudulent initiation of tenure revocation** (which fell short of completion)

(3) GWU's failure in its Feb. 20 response to address its **Collective Moral Bankruptcy** over the issues of 1996 Qualifying Exam Scandal, and its **Collective Moral Bankruptcy** ten years later in its conducting the Schaffner Panel Hearing (one of many irregularities : the panel considered 190 GWU Exhibits while failed to consider any of the 30 Saha Exhibits).

(4) GW and its Counsel Mishkin's failure to address their **Noble** (!!) acts of "Lying and flip-flopping", falsification of document and alteration of date of creation of records.

(5) GWU's failure in its Feb. 20 response to answer issues of discriminations including GW's seeking attempt to revoke Saha's tenure because of perceived disability which violates the District of Columbia Human Rights Act and the Americans with Disability Act.

RECEIVED
FEB 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

12

(6) GWU's failure in its Feb. 20 response to answer on "denial of due process" in orchestrating Plaintiff's 2005 suspension and GWU's 2005 attempt of tenure revocation.

(7) GWU's failure in its Feb. 20 response to answer on **numerous counts of "breach of contract"**

(8) GWU's failure to address numerous perjury and false declarations by High ranking GWU officials.

**In addition,** Defendants' forty three page response

(1) cites examples and quotations from at least **a dozen** court cases (understanding the opinions of a dozen of cases requires substantial time for any pro se).

(2) cites a few local and federal rules, the implications of which are not all straight forward.

(3) cites GWU Faculty Senate hearing ( Docket 9, part-3); the paper trail of this 15 months long hearing amounts to more than three thousand pages of documents.

(4) refers to series of events over ten years in **no meaningful way** and, most importantly, without even referring to the source of strength of GW's frauds and **"the Dark Secrets of GWU"** that (former) President Trachtenberg reported to the Board of Trustee as recently as in 2006.

The plaintiff is pro se. A meaningful response addressing all of the above issues would require diligent effort and substantial research and time. The plaintiff is also concurrently participating in the Formal Grievance Procedure that GWU Faculty Senate has recently instituted amongst the opposition from GWU administration (Refer to enclosed Plaintiff Exhibit K).The Plaintiff, therefore, respectfully requests the Court for granting an extension of **Thirty Days** beyond the usual eleven days period ending on March 2nd, 2008; in other words, Plaintiff requests that his response be filed no later than Tuesday, April 1st, 2008.

Relevant Exhibit : Plaintiff Exhibit K.

                                              Respectfully submitted,

                                              *Debabrata Saha*

                                              Debabrata Saha
                                              9409 Fairpine Lane
                                              Great Falls, VA-22066
                                              Ph : (703) 757-5418

                                              February 27, 2008

# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

**v.**

**The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner, and Stephen Joel Trachtenberg**

    **Defendants.**

**Civil Action No. 1:08-cv-00087-RCL**

---

## ORDER

Upon consideration of Plaintiff's January 16, 2008 Complaint and Plaintiff's February 27, 2008 Motion for Extension of time to reply opposing *"Defendants' February 20, 2008 motion to dismiss"*, and further consideration that the Plaintiff is Pro Se, it is hereby

**ORDERED** that Plaintiff's motion is GRANTED, and his response shall be filed no later than Tuesday, April 1st, 2008.

**SO ORDERED**

---

Judge Royce C. Lamberth
United States District Judge
_____, 2008

14