UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBABRATA SAHA, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 1:08-00087 RCL |
| ) | |
| GEORGE WASHINGTON UNIVERSITY, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' OPPOSITION TO
## PLAINTIFF'S MOTION FOR ENTERING JUDGMENT IN FAVOR OF PLAINTIFF

On February 21, 2008, Plaintiff Debabrata Saha filed a "Motion for entering Judgment in favor of Plaintiff," seeking, in effect, the entry of a default against Defendants The George Washington University, Wasyl Wasylkiwskyj and Stephen Joel Trachtenberg, each of whom was served on January 31, 2008.

On February 20, 2008, all of the defendants in this case, including these three, filed a timely Motion to Dismiss in response to Plaintiff's complaint. Accordingly, Plaintiff's motion should be denied as moot.

_____
Douglas B. Mishkin, DC Bar #338590
Pamela S. Richardson, DC Bar #500564
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Counsel for Defendants

Dated: March 4, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2008 a true and correct copy of the foregoing Defendants' Opposition to Plaintiff's Motion for Entering Judgment in Favor of Plaintiff was sent by regular mail, postage prepaid to the following:

>Debabrata Saha
>9409 Fairpine Lane
>Great Falls, VA  22066
>Plaintiff appearing *pro se*

_____
Douglas B. Mishkin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBABRATA SAHA, Ph.D., )
)
Plaintiff, )
)
v. ) C.A. NO. 1:08-00087 RCL
)
GEORGE WASHINGTON UNIVERSITY, et al. )
)
Defendants. )
)

## ORDER

Upon consideration of Plaintiff Debabrata Saha's Motion for Entering Judgment in favor of Plaintiff filed February 21, 2008, and the opposition of Defendants The George Washington University, Wasyl Wasylkiwskyj and Stephen Joel Trachtenberg, it is, by the Court, this ___ day of _____, 2008, hereby

ORDERED, that Plaintiff's Motion for entering Judgment in favor of Plaintiff be and is DENIED.

_____
United States District Judge