UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBABRATA SAHA, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE WASHINGTON UNIVERSITY, et al. ) <br> ) <br> Defendants. ) <br> ) | C.A. NO. 1:08-00087 RCL |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S "MOTION FOR EXTENSION OF TIME TO REPLY OPPOSING DEFENDANTS' FEBRUARY 20, 2008 'MOTION TO DISMISS'"

On February 27, 2008, Plaintiff Debabrata Saha filed a "Motion for Extension of time to reply opposing Defendants' February 20, 2008 'motion to dismiss.'" In response, Defendants The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner and Stephen Joel Trachtenberg, (collectively, "Defendants"), note:

1. Plaintiff failed to confer with counsel for Defendants before filing the motion, in violation of LCvR 7(m).

2. Plaintiff incorrectly refers to March 2 as his deadline for opposing Defendants' motion absent an extension. Pursuant to this Court's order of February 27, 2008, Plaintiff has until Monday, March 10, 2008.

3. Plaintiff mailed this motion to each of the six defendants, rather than serving it on their counsel of record, in violation of LCvR 5(b)(1). Plaintiff has violated this rule in mailing his other post-complaint filings to each of the defendants rather than serving undersigned counsel. Defendants respectfully request that the Court instruct Plaintiff to serve undersigned counsel with all filings and not the individual defendants. A proposed Order to this effect is attached.

      4.      If the Court is inclined to grant Plaintiff an extension beyond March 10, 2008, Defendants do not oppose any such extension up to and including April 1, 2008.

                                                /s/

                                      Douglas B. Mishkin, DC Bar #338590
                                      Pamela S. Richardson, DC Bar #500564
                                      PATTON BOGGS LLP
                                      2550 M Street, N.W.
                                      Washington, D.C. 20037
                                      Telephone: (202) 457-6000
                                      Facsimile: (202) 457-6315
                                      Counsel for Defendants

Dated: March 4, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2008 a true and correct copy of the foregoing Defendants' Response to Plaintiff's "Motion for Extension of Time to Reply Opposing Defendants' February 20, 2008 'Motion to Dismiss'" was sent by regular mail, postage prepaid to the following:

        Debabrata Saha
        9409 Fairpine Lane
        Great Falls, VA  22066

        Plaintiff appearing *pro se*

        _____
        Douglas B. Mishkin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBABRATA SAHA, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE WASHINGTON UNIVERSITY, et al. )<br>)<br>Defendants. )<br>) | C.A. NO. 1:08-00087 RCL |

## ORDER TO COMPLY WITH LCVR (b)(1)

Plaintiff Debabrata Saha is hereby ORDERED pursuant to LCvR (b) (1) to serve all future filings on counsel of record for the Defendants, and to refrain from serving each defendant in this case.

Local Civil Rule 5(b)(1) provides:

> If a party is represented by an attorney, service under this rule must be made on the attorney unless the court orders service on the party.

_____
United States District Judge

cc:   Debabrata Saha, *pro se*

   Douglas B. Mishkin, Esq.