UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBABRATA SAHA, Ph.D., )
)
Plaintiff, )
)
v. )            C.A. NO.  1:08-00087 RCL
)
GEORGE WASHINGTON UNIVERSITY, et al. )
)
Defendants. )
)

## DEFENDANTS' MOTION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S "MOTION FOR ENTERING PRELIMINARY INJUNCTION"

Defendants The George Washington University ("University"), Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner and Stephen Joel Trachtenberg, by counsel, hereby move this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) to extend to March 21, 2008 the time within which they may respond to Plaintiff Debabrata Saha's "Motion for Entering Preliminary Injunction" filed February 27, 2008 (hereafter, "Fourth Injunction Motion").

The grounds for this motion are as follows:

1.    On February 27, 2008, Defendants filed an opposition to Plaintiff's motion for preliminary injunction filed January 16, 2008.  Following the January 16 motion, Plaintiff filed two subsequent motions asking the Court to grant the first motion.

2.    Also on February 27, 2008, Plaintiff filed his Fourth Injunction Motion.

3.    In the Court's March 12, 2008 Memorandum & Order denying Plaintiff's first three injunction motions, the Court expressly did not address the Fourth Injunction Motion.

4.    Defendants wish to oppose the Fourth Injunction Motion.

5.    Allowing Defendants until March 21, 2008 to oppose the Fourth Injunction Motion will not impair the orderly administration of this case.

6.     On Wednesday, March 12, 2008, undersigned counsel called Plaintiff to discuss this and another scheduling matter in this case, and left a message asking him to call.  Counsel has not heard from Plaintiff.

For the foregoing reasons, Defendants, The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner and Stephen Joel Trachtenberg request that this Court extend to March 21, 2008 the time within which they may respond to Plaintiff's "Motion for entering Preliminary Injunction."

_____
Douglas B. Mishkin, DC Bar # 338590
Pamela S. Richardson, DC Bar # 500564
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C.  20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
Counsel for Defendants

Dated:  March 13, 2008

## MEMORANDUM OF POINTS AND AUTHORITIES

1.     LCvR 7(m).

2.     Fed. R. Civ. P. 6(b)(1)(A).

_____
Douglas B. Mishkin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2008 a true and correct copy of the

foregoing Defendants' Motion for Extension to File Opposition to Plaintiff's "Motion for Entering

Preliminary Injuction" was sent by regular mail, postage prepaid to the following:

Debabrata Saha
9409 Fairpine Lane
Great Falls, VA  22066

Plaintiff appearing *pro se*

Douglas B. Mishkin

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEBABRATA SAHA, Ph.D.,                          )
                                                )
Plaintiff,                                      )
                                                )
v.                                              )        C.A. NO. 1:08-00087 RCL
                                                )
GEORGE WASHINGTON UNIVERSITY, et al.            )
                                                )
Defendants.                                     )
                                                )

## ORDER

Upon consideration of the Motion for Extension to File Opposition to Plaintiff's "Motion for Entering Preliminary Injuction" of Defendants The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner and Stephen Joel Trachtenberg, it is, by the Court, this ___ day of _____, 2008, hereby

ORDERED, that the time within which Defendants may respond to Plaintiff's "Motion for entering Preliminary Injunction" be and is EXTENDED up to and including March 21, 2008; and it is further,

ORDERED, that Defendants' Motion for Extension To File Opposition To Plaintiff's "Motion for Entering Preliminary Injunction" be and is GRANTED.

_____
United States District Judge


Cc:    Douglas B. Mishkin, Esq.

       Debabrata Saha, *pro se*