UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Professor DEBABRATA SAHA, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE WASHINGTON UNIVERSITY, *et al.*,. ) <br> ) <br> Defendants. ) <br> ) | C.A. NO. 1:08-087 RCL |

## DEFENDANTS' MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants The George Washington University ("University"), Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner and Stephen Joel Trachtenberg, by counsel, hereby move this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) to extend to April 18, 2008 the time within which they may file their reply to Plaintiff Debabrata Saha's forthcoming April 1, 2008 opposition to Defendants' motion to dismiss.

The grounds for this motion are as follows:

1. On March 7, 2008, this Court granted Plaintiff's motion extending to Tuesday, April 1, 2008 the time within which he may oppose Defendants' motion to dismiss filed February 20, 2008.

2. Under LCvR7(d), Defendants would have five (5) days, until Tuesday, April 8, 2008, to file their reply.

3. Undersigned counsel has previously-scheduled business commitments out of the country from Wednesday, April 2 to Sunday, April 6, 2008 and out of the area from Monday evening, April 14 through Tuesday, April 15, 2008.

4. Allowing Defendants until April 18, 2008 to reply to Plaintiff's forthcoming opposition to Defendants' motion to dismiss will not impair the orderly administration of this case.

5.    On Wednesday, March 12, 2008, undersigned counsel called Plaintiff to discuss this and another scheduling matter in this case, and left a message asking him to call. Counsel has not heard from Plaintiff.

For the foregoing reasons, Defendants, The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner and Stephen Joel Trachtenberg request that this Court extend to April 18, 2008 the time within which they may reply to Plaintiff's forthcoming opposition to Defendants' motion to dismiss.

/s/ Douglas B. Mishkin
Douglas B. Mishkin, DC Bar # 338590
Pamela S. Richardson, DC Bar # 500564
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Counsel for Defendants

Dated: March 13, 2008

## MEMORANDUM OF POINTS AND AUTHORITIES

1.    LCvR 7(m).

2.    Fed. R. Civ. P. 6(b)(1)(A).

/s/ Douglas B. Mishkin
Douglas B. Mishkin, DC Bar # 338590

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2008 a true and correct copy of the foregoing Defendants' Motion for Extension of Time to File Reply in Support of Motion to Dismiss was sent by regular mail, postage prepaid to the following:

> Debabrata Saha
> 9409 Fairpine Lane
> Great Falls, VA  22066
>
> Plaintiff appearing *pro se*

_____
Douglas B. Mishkin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBABRATA SAHA, Ph.D.,            )
                                  )
Plaintiff,                        )
                                  )
v.                                )   C.A. NO. 1:08-00087 RCL
                                  )
GEORGE WASHINGTON UNIVERSITY, et al. )
                                  )
Defendants.                       )
                                  )

## ORDER

Upon consideration of the Motion For Extension To File Reply in Support of Motion to Dismiss of Defendants The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner and Stephen Joel Trachtenberg, it is, by the Court, this ___ day of ____, 2008, hereby

ORDERED, that the time within which Defendants may file their reply in support of their motion to dismiss be and is EXTENDED up to and including April 18, 2008; and it is further,

ORDERED, that Defendants' Motion for Extension To File Reply In Support Of Motion To Dismiss be and is GRANTED.

_____
United States District Judge


cc:     Douglas B. Mishkin, Esq.

        Debabrata Saha, *pro se*