# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

v.

**The George Washington University,
Mona E. Zaghloul, Wasyl Wasylkiwskyj,
Edward Della Torre, Joan Schaffner, and
Stephen Joel Trachtenberg**

    **Defendants.**

Civil Action No. 1:08-cv-00087-RCL

---

## Motion Opposing
### "Defendants' Motion For Extension To File Opposition To Plaintiff's Motion For Entering Preliminary Injunction" Filed on March 13, 2008

On Feb. 27, 2008 Plaintiff filed "Motion for Entering Preliminary Injunction". According to RuleLCvR7(b), Defendants had ELEVEN days to serve and file any opposition to the motion. **The ELEVEN days period ended on March 9, 2008 and Defendants did not file any opposition.** Four days after March 9th, Defendants filed a REQUST for EXTENSION of TIME on March 13. The Defendants violated RuleLCvR7(b) and are making an unreasonable request.

Plaintiff also like to point out to the Court that on the issue of Preliminary Injunction, Defendants have been **inconsistent** and **untruthful**. Defendants complained through LINE dated Feb. 21, 2008 that they were not served the motion for Preliminary Injunction, dated Jan. 16, 2008; but that statement is INCORRECT. Affidavits in Docket 5, 6 and Docket 7 confirm that INDEED the Defendants were served the motion for Preliminary Injunction, dated Jan. 16, 2008 on Jan. 31st and Feb. 2nd respectively. Defendants demonstrated that they have been less than truthful in trying extension for time from the Court. In addition, in the present situation, the Defendants violated RuleLCvR7(b).

**Plaintiff moves that the court denies "Defendants' Motion For Extension To File Opposition To Plaintiff's Motion For Entering Preliminary Injunction" filed on 03/13/2008.**

RECEIVED

MAR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

However, with respect to Defendants' March 13, 2008 "motion for extension to file Reply in support of Motion to Dismiss", Plaintiff do not have any objection if the Court is inclined to give extension up to April 18, 2008

                                        Respectfully submitted,

                                        */s/ Debabrata Saha*

                                        Debabrata Saha
                                        9409 Fairpine Lane
                                        Great Falls, VA-22066
                                        Ph : (703) 757-5418

March 14, 2008

# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

v.

**The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner, and Stephen Joel Trachtenberg**

    **Defendants.**

Civil Action No. 1:08-cv-00087-RCL

---

## Certificate of Service

    I hereby certify that a copy of this whole packet, dated March 14, 2008 is sent to the Counsel of six Defendants by first class mail to the following address.

                             Patton Boggs LLP
                             2550 M Street, N.W.
                             Washington, D.C. 20037-1350

Sincerely,

*[signature: Debabrata Saha]*

Debabrata Saha
March 14, 2008

# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

**v.**

**The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner, and Stephen Joel Trachtenberg**

    **Defendants.**

**Civil Action No. 1:08-cv-00087-RCL**

---

## ORDER

Upon consideration of Plaintiff's arguments in his Motion Opposing "Defendants' Motion For Extension To File Opposition To Plaintiff's Motion For Entering Preliminary Injuction", it is hereby

**ORDERED** that Defendants' Motion For Extension To File Opposition To Plaintiff's Motion For Entering Preliminary Injuction is DENIED.

---

Judge Royce C. Lamberth
United States District Judge
_____, 2008