# United States District Court
# For The District of Columbia

---

Debabrata Saha,

    Plaintiff,

v.

The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner, and Stephen Joel Trachtenberg

    Defendants.

Civil Action No. 1:08-cv-00087-RCL

---

## Affidavit : On an Errata

I, Debabrata Saha of 9409 Fairpine Lane, Great Falls, VA-22066 do hereby state to my knowledge, information and belief the following.

Attached is a correction on first page of Affidavit #3 that was submitted on March 18, 2008; in the attached corrected page, the last sentence has been correctly typed as "I received a **57%** increase in salary in....."

_____
DEBABRATA SAHA

Commonwealth of Virginia
County of Fairfax , to wit :

Sworn, subscribed, and acknowledged before me by Debabrata Saha on March 26, 2008.

_____
Notary Public

My Commission Expires
Notary Registration No.

DARIA G. MCGEEHAN
NOTARY ID # 121114
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12-31-11

**RECEIVED**
APR 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For The District of Columbia

---

**Debabrata Saha,**

    **Plaintiff,**

v.

**The George Washington University, Mona E. Zaghloul, Wasyl Wasylkiwskyj, Edward Della Torre, Joan Schaffner, and Stephen Joel Trachtenberg**

    **Defendants.**

**Civil Action No. 1:08-cv-00087-RCL**

---

# Affidavit #3 : On financial strangulation by GWU after Plaintiff Saha's 1996 whistle blowing

I, Debabrata Saha of 9409 Fairpine Lane, Great Falls, VA-22066 do hereby state to my knowledge, information and belief the following.

1. In Spring 1996 I exposed GW's corrupt academic practices that compromised the integrity of Higher Learning and fairness to the students.

2. In Spring 1997 GWU President Stephen Joel Trachtenberg declared me as Whistle Blower and gave me many instructions including (a) not to report to EECS Chairwoman Zaghloul and avoid working with VP Donald Lehman, while working directly with the office of Dean Mazzuchi (b) **Stay home in the summer months** which I interpreted as a suggestion for not pursuing consulting during summer months; **I did not pursue consulting for one decade since my one-to-one meeting with President Trachtenberg in 1997; I kept my words.**

3. **To give me a lesson**, Lehman administration officials decided to prescribe two modes of medicines: (a) Intimidation's, written threats of tenure revocation, harassments, ostracism, discrimination and character assassination (they drew parallelism with a mass killer), and (b) financial strangulation : since 1996 Whistle Blowing, over last eleven years, GWU caused enormous financial harm against me through FOUR suspensions and denying any raise in salary. My salary in 2007 remained the same as I had in the beginning of 1996, except for a difference of few hundred dollar. I received a **57%** increase in salary in

# United States District Court
# For The District of Columbia

---

Debabrata Saha,

    Plaintiff,

v.

The George Washington University,
Mona E. Zaghloul, Wasyl Wasylkiwskyj,
Edward Della Torre, Joan Schaffner, and
Stephen Joel Trachtenberg

    Defendants.

Civil Action No. 1:08-cv-00087-RCL

---

## Certificate of Service

I hereby certify that a copy of the Affidavit that is submitted on April 11, 2008 is sent to the Counsel of six Defendants by first class mail to the following address.

        Patton Boggs LLP
        2550 M Street, N.W.
        Washington, D.C. 20037-1350

Sincerely,

*Debabrata Saha*

Debabrata Saha
April 11, 2008